1 Jeffrey M. Lenkov (State Bar No. 156478)
  jml@manningllp.com
2 Zubin Farinpour (State Bar No. 270007)
  zxf@manningllp.com
3 **MANNING & KASS**
  **ELLROD, RAMIREZ, TRESTER LLP**
4 801 S. Figueroa St, 15th Floor
  Los Angeles, California 90017-3012
5 Telephone: (213) 624-6900
  Facsimile: (213) 624-6999
6
7 Attorneys for Defendant, KOHL'S DEPARTMENT STORES, INC.
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| CYNTHIA HACKMAN, | Case No. SA CV 14-2447-DOC (KKx) |
|---|---|
| Plaintiff, | **ORDER ON DISMISSAL OF CASE** |
| v. | Action Filed: September 16, 2014 |
| KOHL'S DEPARTMENT STORES, INC., a Delaware Corporation and DOES 1 to 100, | |
| Defendant. | |

The above-captioned action is hereby dismissed with prejudice pursuant to FRCP41(a)(1), with each party to bear its own attorneys' fees and costs.

Dated: August __17__, 2015

_/s/ David O. Carter_____

HON. DAVID O. CARTER